UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:21-mj-0071 |
| | ) | |
| JOSHUA WAGNER, | ) | - 01 |
| Defendant. | ) | |

**COURTROOM MINUTE FOR JANUARY 28, 2021**
**HONORABLE TIM A. BAKER, MAGISTRATE JUDGE**

Parties appear for a Rule 5(c)(3) hearing on a complaint filed on January 25, 2021 out of the District of Columbia (1:21-mj-0162).  Defendant appeared in person and by retained counsel Benjamin Jaffe.  Government represented by AUSA Matthew Rinka.  USPO represented by Richard Martinez.

Charges and rights were read and explained.

Defendant waived his right to an identity hearing.

Defendant waived any further proceedings in this Court and request those hearings he is entitled to be held in the charging district.

Government did not seek pretrial detention.

Defendant ordered released and instructed to appear via video on February 18, 2021.

Date: 1/28/2021

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana